**IT IS ORDERED as set forth below:**



Date: December 16, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-67543-PMB |
| | ) | |
| DANA MICHELLE VALORIE CALHOUN | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

==========================================================================

### ORDER GRANTING DEBTOR'S
### MOTION TO INCUR DEBT

1. Debtor filed her *Motion to Incur Debt* on November 18, 2021 (Doc No. 55). Debtor filed a *Supplemental Motion to Incur Debt* (Doc No. 57) with additional factors describing the proposed refinancing on December 8, 2021 (as supplemented the *Motion to Incur Debt* is referred to below as the "Motion"). The Court held a hearing on the Motion on December 16, 2021.

2. No parties have filed any opposition and the Chapter 13 Trustee Melissa J. Davey has indicated it does not oppose the Motion.

Accordingly, it is

ORDERED that the Motion is granted.  Debtor is authorized to refinance her residence with a loan of up to $162,800.00, which shall allow cash proceeds to allow her to pay off her Chapter 13 bankruptcy in an amount to be determined by the Chapter 13 Trustee.

Prepared by:

___/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
6400 Powers Ferry Road NW
Suite 391
Atlanta, GA 30339
**HS@ATL.law**

No opposition by:

/s/      *with express permission*
Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA  30303
(678) 510-1444
mail@13trusteeatlanta.com

Distribution List:

Chapter 13 Trustee
Melissa Davey
260 Peachtree Street, NW Suite 200
Atlanta, GA  30303

**Dana Michelle Valorie Calhoun**

6980 Roswell Road
Unit M6
Atlanta, GA 30328